UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 11 2009

-------------------------------------------------------------------x

The Homeless Patrol, et al
Joseph Kastner,

               Plaintiff,

               -against-

Joseph Volpe Family, et al, Patrina Oliveri
& Family,  et al, William Thompson, NYC
Comptroller Linda Gibbs, Homeless representatives
for NYPD, Corporation Counsel NYC, Allstate
Ins. Co., C.N.A, Ins. Co., Hereford Ins. Co./
and all Legal representatives, Style Mgmt Co.,
Inc. Andrew Roseberg, Davie a/k/a "Xerox" or Other
surname/The Engine Factory Ford Motor Co.,
Mario Lopez, NY Taxi 4F17, 1-25, John and
Jane Doe, Ford Motor Co.,,

               Defendants.

09cv3628 (GBD)
PRO SE PRETRIAL
CONFERENCE NOTICE

-------------------------------------------------------------------

GEORGE B. DANIELS, DISTRICT JUDGE:

      Pro Se Plaintiff and counsel for all parties are hereby directed to attend a conference at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16.  You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s).  If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

      A Pro Se pretrial conference will be held on **Wednesday, August 12, 2009 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, COURTROOM 21D.

      No application for adjournment will be considered unless made within one week of the date of this notice.

      All parties should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: May 11, 2009
       New York, New York

                      SO ORDERED:

                      George B. Daniels
                      George B. Daniels
                     United States District Judge

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------------------X
The Homeless Patrol, et al
Joseph Kastner
                    Plaintiff


                    v                              09cv3628(GBD)
                                                   CIVIL CASE MANAGEMENT
Joseph Volpe Family, et al Patrina Oliveri         PLAN AND SCHEDULING ORDER
& Family, et al William Thompson, NYC Comptroller
Linda Gibbs, Homeless respsentatives for NYPD,
Corporation Counsel NYC, Allstate Inc. Co., C.N.A.
Ins. Co., Hereford Ins. Co./and all Legal
representatives, Style Mgmt Co., Inc. Andrew
Rosenberg, Davie a/k/a "Xerox" or other surname/
The Engine Factory Ford Motor Co. Mario Lopez,
NY Taxi 4F17, 1-25, John and Jane Doe, Ford Motor
Co..
                    Defendant

-------------------------------------------------------------X


        After consultation with counsel for the parties, the following Case Management
Plan is adopted.  This plan is also a scheduling order pursuant to Rules 16 and 26(f) of
the Federal Rules of civil Procedure.

    1.      No **Additional parties** may be joined after **October 8, 2009**.

    2.      No amendment to the pleadings will be permitted after **October 8, 2009**

    3.      Except for good cause shown, all **discovery** shall be commenced in time to be
            completed by **December 3, 2009**.  The court expects discovery to be completed
            within 90 days of the first scheduling conference unless, after the expiration of
            that 90 days period, all counsel stipulate that additional time (not to exceed 60
            more days) is needed to complete discovery.  In such event, discovery may be
            extended by the parties on consent, without application to the Court, provided
            the parties are certain they can still meet the discovery completion date ordered
            by the Court.  The discovery completion date shall not be adjourned except upon
            a showing of extraordinary circumstances.

    4.      **Dispositive motions** are to be served by **January 7, 2010**.  Answering papers
            are to be served within 14 days.  Reply papers are to be served within seven (7)
            days.  In the event a dispositive motion is made, the date for submitting the Joint
            Pretrial Order shall be changed from that shown herein to three(3) weeks from
            the decision on the motion.  The final pretrial conference shall be adjourned to a
            date four (4) weeks from the decision on the motion.

    5.      A final **pretrial conference** will be held on **February 4, 2010 at 9:30 a.m.**.

    6.      The **Joint Pretrial Order** shall be filed no later than **February 11, 2010**.  The
            requirements for the pretrial order and other pretrial submissions shall be
            governed by the Court's Individual Rules of Practice.

    7.      **All motions and applications** shall be governed by the Court's Individual Rules
            of Practice.

8.   The parties shall be **ready for trial** within 48 hours, notice on or after **March 4, 2010**.  The estimated trial time is _____ days, and this is a (jury)(non-jury) trial.

9.   The **Next Case Management Conference** will be held on **November 5, 2009 at 9:30 a.m.**.

Dated: May 5, 2009
       New York, New York

SO ORDERED:

_____
George B. Daniels
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant

-2-