UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH KASTNER, et al.,
                Plaintiff,

    -against-

JOSEPH VOLPE FAMILY, et al.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

09 cv 3628 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    Patrick Hughes, attorney for defendant Hereford Insurance Company, is hereby dismissed from being named as a defendant in this case.

    It is hereby ordered that no counsel of record for any named defendant in this case may be added as a defendant, without prior order of this court.

Dated: November 3, 2009
       New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge